# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI STIVERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>Defendant. | Case No. 1:19-cv-01155-DAD-EPG<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

On May 28, 2020, the Court issued a minute order setting a telephonic mid-discovery status conference for June 11, 2020, at 2:30 p.m. (ECF No. 26). Counsel for Plaintiff Elliot Rosenberger appeared telephonically at the hearing. However, Defendant's counsel did not appear.

Because the Court "believe[d] there was possible confusion with the calendaring of [that] hearing," the Court continued the telephonic mid-discovery status conference to June 23, 2020, at 10:00 a.m. (ECF No. 26). Counsel for Plaintiff Russell Thompson appeared telephonically at the June 23, 2020 hearing. However, counsel for Defendant failed to appear at the June 23, 2020 hearing, too.

Accordingly, counsel for Defendant is ORDERED TO SHOW CAUSE why this Court should not impose sanctions for failure to appear at the June 23, 2020, hearing. Counsel shall respond to this Order to Show Cause, in writing, no later than **June 30, 2020**. Failure to respond

1

to this Order to Show Cause may result in the imposition of sanctions.

The Court will reschedule the conference, if at all, after reviewing Defendant's response to this order.

IT IS SO ORDERED.

Dated:   **June 23, 2020**                                   /s/ Erica P. Grosjean
                                                                           UNITED STATES MAGISTRATE JUDGE