UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI STIVERS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>Defendant. | No. 1:19-cv-01155-DAD-EPG<br><br>ORDER GRANTING JOINT MOTION TO EXTEND CLASS CERTIFICATION AND DISCOVERY DEADLINES<br><br>(ECF No. 30)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 28) |

On June 23, 2020, the Court ordered Defendant to show cause why the Court should not impose sanctions for failing to appear at a mid-discovery status conference. (ECF No. 28). The Court noted that it would reschedule the conference, if necessary, following a review of the response. Defendant responded the following day. (ECF No. 29).

The parties filed a joint motion to extend certain deadlines on July 23, 2020, noting that the coronavirus pandemic has delayed their work. (ECF No. 30). The Court finds good cause to grant the motion. The Court also notes that the joint motion stated that "the parties have continually been able to work through these [discovery] issues and resolve them without Court intervention." (*Id.* at 2). Therefore, the Court does not believe it is necessary to reschedule the conference.

///

It is HEREBY ORDERED that:

1. The Order to Show Cause (ECF No. 28) is discharged.
2. Plaintiff shall move for class certification no later than October 26, 2020.
3. The Court extends the discovery deadline to November 30, 2020.

IT IS SO ORDERED.

Dated: **July 24, 2020**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE