UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI STIVERS, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>Defendant. | No. 1:19-cv-01155-DAD-EPG<br><br><br>ORDER GRANTING JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION<br><br>(Doc. No. 34) |

On November 19, 2020, the parties filed a stipulation with the court, "agree[ing] to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The court will give force to the stipulation as to plaintiff's individual claims in this action, but the court does not dismiss any claims of the proposed class with prejudice. The court does not believe the parties intended to stipulate to the dismissal of the claims of the proposed class with prejudice but makes this clarification out of an abundance of caution and in order to protect the interests of absent class members. Class certification was not sought in this matter. Instead, the parties filed a notice of settlement with the court on October 26, 2020, the last date by which class certification could have been sought. (Doc. Nos. 31, 32.)

/////

1

Accordingly, pursuant to the parties' stipulation:

1. Plaintiff Terri Stivers' individual claims in this action are dismissed with prejudice and each party is to bear its own costs and attorneys' fees pursuant to the parties' stipulation (Doc. No. 32);
2. Claims in this action brought on behalf of the proposed class are dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 17, 2020__         /s/ Dale A. Drozd
                                    UNITED STATES DISTRICT JUDGE